1 | Your Name: ALICE BROWN
2 | Address: PO BOX 60 CRESCENT CITY, CA 95531
3 | Phone Number: (707) 218-6181
4 | Fax Number:
5 | E-mail Address:
6 | Pro Se Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALICE BROWN,

Plaintiff,

vs.

STATE OF CALIFORNIA, et al.,

(8 TOTAL)

Defendants.

Case Number  *[leave blank]*  CV 18-7826

**COMPLAINT**

DEMAND FOR JURY TRIAL

Yes [ ]   No [X]

RMI

**PARTIES**

1. Plaintiff. *[Write your name, address, and phone number. Add a page for additional plaintiffs.]*

Name: ALICE BROWN
Address: PO BOX 60 CRESCENT CITY, CA 95531
Telephone: (707) 218-6181

COMPLAINT
PAGE 1 OF 16 *[JDC TEMPLATE – Rev. 05/2017]*

2. **Defendants.** [*Write each defendant's full name, address, and phone number.*]

Defendant 1:
Name: STATE OF CALIFORNIA
Address: STATE CAPITOL SUITE 1173 SACRAMENTO, CA 95814
Telephone: (916) 445-2841

Defendant 2:
Name: GOVERNOR EDMUND G. BROWN, JR.
Address: 1303 10th STREET SUITE 1173 SACRAMENTO, CA 95814
Telephone: (916) 445-2841

Defendant 3:
Name: COUNTY OF DEL NORTE
Address: 981 H STREET SUITE 210 CRESCENT CITY, CA 95531
Telephone: (707) 464-7214

Defendant 4:
Name: CITY OF CRESCENT CITY
Address: 377 J STREET CRESCENT CITY, CA 95531
Telephone: (707) 464-7483

Defendant 5:
Name: CRESCENT CITY MANAGER ERIC WIER
Address: 377 J STREET CRESCENT CITY, CA 95531
Telephone: (707) 464-9506 EXT 234

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 6:

Name: CRESCENT CITY POLICE DEPARTMENT

Address: 686 G STREET CRESCENT CITY, CA 95531

Telephone: (707) 464-2133

Defendant 7:

Name: POLICE OFFICER ETHAN MILLER

Address: 686 G STREET CRESCENT CITY, CA 95531

Telephone: (707) 464-2133

Defendant 8:

Name: CHIEF OF POLICE IVAN MINSAL

Address: 686 G STREET CRESCENT CITY, CA 95531

Telephone: (707) 464-2133

**JURISDICTION**

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3. My case belongs in federal court

[X] under federal question jurisdiction because it is involves a federal law or right.

[*Which federal law or right is involved?*] 4th, 5th, 14th AMENDMENTS OF THE UNITED STATES CONSTITUTION, 42 U.S.C. SECTION 1983.

[ ] under diversity jurisdiction because none of the plaintiffs live in the same state as any of the defendants and the amount of damages is more than $75,000.

COMPLAINT

PAGE 3 OF 16 [*JDC TEMPLATE – Rev. 05/2017*]

# VENUE

*[The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.]*

4. Venue is appropriate in this Court because:

[X] a substantial part of the events I am suing about happened in this district.

[ ] a substantial part of the property I am suing about is located in this district.

[ ] I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

[ ] at least one defendant is located in this District and any other defendants are located in California.

# INTRADISTRICT ASSIGNMENT

*[This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.]*

5. Because this lawsuit arose in __DEL NORTE__ County, it should be assigned to the __SAN FRANCISCO/OAKLAND__ Division of this Court, BECAUSE THE PLAINTIFF ALICE BROWN DOES NOT CONSENT TO A MAGISTRATE JUDGE.

# STATEMENT OF FACTS

*[Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.]*

6. MY COMPLAINT ARISES FROM AN ILLEGAL TRAFFIC STOP AND UNLAWFUL DETENTION BY A CRESCENT CITY POLICE OFFICER NAMED ETHAN MILLER WHILED I TRAVELED ON HWY 101 NORTHBOUND AT 3:36 AM ON JANUARY 1, 2018.

COMPLAINT
PAGE _4_ OF _16_ *[JDC TEMPLATE – Rev. 05/2017]*

7. ILLEGAL TRAFFIC STOP
   a) THERE WAS NO PROBABLE CAUSE TO INITIATE THE TRAFFIC STOP.
   b) THE FALSE ALLEGATION OF "SUSPECTED DUI" WAS CREATED BY THE POLICE OFFICER IN A FRAUDULENT SCHEME TO ESTABLISH FALSE PROBABLE CAUSE.

8. UNLAWFUL DETENTION
   a) I WAS FORCED TO SUBMIT TO THE POLICE OFFICER'S UNLAWFUL DETENTION WHEN HE TURNED ON HIS RED, WHITE AND BLUE LIGHTS!
   b) AT THE TIME OF THE TRAFFIC STOP THERE WERE NO WARRANTS FOR MY ARREST AND NO BOLO (BE ON THE LOOK OUT) ALERTS.

9. DENIED THE RIGHT TO TRAVEL ON AN UNITED STATES HIGHWAY
   a) AT THE TIME OF THE TRAFFIC STOP I WAS A TRAVELER NOT ENGAGED IN COMMERCE EXERCISING MY FUNDAMENTAL RIGHT TO TRAVEL.

10. SUBJECTED TO AN UNOFFICIAL CURFEW CREATED BY THE POLICE OFFICER AND THE CRESCENT CITY POLICE DEPARTMENT, AGAINST MY WILL AND WITHOUT MY CONSENT.

11. DEPRIVED OF MY FOURTH AMENDMENT RIGHT
    a) I WAS FORCED TO SUBMIT TO A WARRANT CHECK/SEARCH WITHOUT PROBABLE CAUSE, WITHOUT A COURT ORDER OR SEARCH WARRANT, AND WITHOUT MY CONSENT.
    b) I WAS FORCED TO SUBMIT TO A SEIZURE OF MY DRIVER'S LICENSE, REGISTRATION PAPERS, AND INSURANCE PAPERS WITHOUT PROBABLE CAUSE, WITHOUT A COURT ORDER OR SEARCH WARRANT, AND WITHOUT MY CONSENT.
    c) I WAS FORCED TO ENDURE AN UNREASONABLE WARRANT CHECK/SEARCH, UNREASONABLE SEIZURE, AND

UNREASONABLE INVESTIGATION WITHOUT PROBABLE CAUSE, WITHOUT A COURT ORDER OR SEARCH WARRANT, AND WITHOUT MY CONSENT. THE POLICE OFFICER HAD NO SUSPICION OR KNOWLEDGE OF ANY OUTSTANDING WARRANTS AND NO REASON TO CONDUCT A WARRANT CHECK/SEARCH. THE SEARCH FOR OUTSTANDING WARRANTS CAME BACK NEGATIVE.

12. DEPRIVED OF MY FIFTH AMENDMENT RIGHTS

    a) I WAS FORCED OFF THE HIGHWAY BY THE POLICE OFFICER AND DENIED THE RIGHT TO TRAVEL WITHOUT DUE PROCESS OF LAW.

13. DEPRIVED OF MY FOURTEENTH AMENDMENT RIGHTS

    a) I WAS DEPRIVED MY LIBERTY WITHOUT DUE PROCESS OF LAW.

    b) I WAS DEPRIVED MY DRIVER'S LICENSE, REGISTRATION PAPERS, AND MY INSURANCE PAPERS WITHOUT DUE PROCESS OF LAW.

    c) I WAS DENIED EQUAL PROTECTION OF THE LAWS.

14. DEPRIVED OF MY RIGHT TO PRIVACY

    a) I WAS FORCED TO SURRENDER MY RIGHT TO PRIVACY OF MY PERSONAL INFORMATION.

15. RACIAL PROFILING

    a) I WAS RACIALLY PROFILED AND DUE TO MY RACE BEING "BLACK" WAS TREATED LIKE A COMMON "NIGGER" CROOK.

    b) THE POLICE OFFICERS WORKING AT THE CRESCENT CITY POLICE DEPARTMENT HAVE CONDUCTED NUMEROUS WARRANT CHECKS/SEARCHES ON ME OVER THE PAST 3½ YEARS. NONE OF THE PREVIOUS WARRANT CHECKS/SEARCHES WERE TRAFFIC STOPS. I WAS SIMPLY SITTING IN MY AUTOMOBILE LISTENING TO THE RADIO, TALKING ON CELL PHONE, READING MAIL FROM

COMPLAINT
PAGE 6 OF 16 [JDC TEMPLATE – Rev. 05/2017]

MY POST OFFICE BOX, ETC. AFTER SEVERAL WARRANT CHECKS/SEARCHES I HAD REVEALED MY RACE AS BLACK. AFTER THAT THE WARRANT CHECKS/SEARCHES INCREASED. THE CRESCENT CITY POLICE OFFICERS HAVE NEVER ARRESTED ME OR TICKETED ME TO DATE DUE TO THE FACT THAT I COMMITTED NO CRIMES. THEIR CONTINUED WARRANT CHECKS/SEARCHES IS A RESULT OF RACIAL PROFILING.

16. FORCED GOVERNMENT INTRUSION

    a) I WAS FORCED TO ALLOW UNWANTED GOVERNMENT INTRUSION INTO MY LIFE WHEN I HAD NOT PERPETRATED ANY CRIMES OR HARMED ANY PERSONS.

17. FALSE REPORT OF "SUSPECTED DUI"

    a) I WAS SUBJECTED TO BEING FALSELY ACCUSED OF SUSPECTED DUI WHEN I DON'T DRINK, DO DRUGS, SMOKE CIGARETTES, SMOKE MARIJUANA, OR DRINK COFFEE. I HAVE NO DESIRE TO DO SO.

18. DEFAMATION OF CHARACTER

    a) MY CHARACTER WAS DEFAMED BY THE POLICE OFFICER BY CALLING IN TO DISPATCH AND EVERYONE LISTENING IN ON SHORT WAVE RADIO, MY NAME AS A DUI SUSPECT.

19. SLANDER

    a) I WAS SLANDERED BY THE POLICE OFFICER WHEN HE MADE THE UNTRUE AND DAMAGING STATEMENT TO DISPATCH AND EVERYONE LISTENING IN ON SHORT WAVE RADIO THAT I WAS A DUI SUSPECT.

20. LIBEL

    a) LIBEL OCCURRED WHEN THE DISPATCH AND ANY WRITTEN RECORD WAS ENTERED INTO COMPUTER OR DATA BANK WITH MY NAME AS A DUI SUSPECT.

21. HUMILIATION

    a) I WAS SUBJECTED TO HUMILIATION BY THE POLICE OFFICER WHEN HE DETAINED ME UNLAWFULLY

in public for several minutes where passerbyers saw me in my automobile and a police vehicle with flashing lights parked behind me. I have never before this incident been stopped on a "suspected DUI," ever!

22. Monell Claim

   a) Monell v Department of Social Services of the City of New York 436 U.S. 658 (1978) allows me to hold municipality liable for violations of constitutional rights through Title 42 U.S.C. Section 1983 actions.

   b) The City of Crescent City, the Crescent City Police Department and it's Police Chief Ivan Minsal and all it's police officers have a custom, pattern and practice of illegal traffic stops and unlawful detentions designed to generate revenue for the municipality.

   c) The evidence of the custom, pattern, and practice of illegal traffic stops and unlawful detentions is outlined in the police call log from New Year Eve (12/31/17) weekend where there were about two dozen traffic stops with no arrests, indicating no probable cause for the traffic stops. My own eight to ten encounters with police unlawful detentions is further evidence of this custom, pattern, and practice.

23. $62.34 Cost of Equipment & Actual Damages

   a) I felt it necessary to purchase a dash camera to record my automobile's movement when Police Chief Ivan Minsal and the City stated that their police vehicles have no dash cameras and they no intention on outfitting them with cameras.

# CLAIMS

## First Claim

3 (Name the law or right violated: 4th Amendment to the US Constitution )

4 (Name the defendants who violated it: Police Officer Ethan Miller )

5-6 [Explain briefly here <u>what</u> the law is, <u>what each</u> defendant did to violate it, and <u>how</u> you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.]

7-10   1. POLICE OFFICER ETHAN MILLER DID VIOLATE PLAINTIFF ALICE BROWN'S 4th AMENDMENT RIGHTS UNDER 42 U.S.C. SECTION 1983 WHEN HE UNLAWFULLY SEIZED HER AND HER VEHICLE ON JANUARY 1, 2018 AT 3:36 AM, IN CRESCENT CITY, CALIFORNIA.

11-14   2. THE TRAFFIC STOP BY MILLER WAS A TEMPORARY DETENTION WHICH CONSTITUTES A SEIZURE OF THE PLAINTIFF AND HER VEHICLE. THE TEMPORARY DETENTION WAS CONDUCTED WITHOUT PROBABLE CAUSE WHICH CONSTITUTES AN UNLAWFUL DETENTION.

15-18   3. DEFENDANT ETHAN MILLER DEPRIVED PLAINTIFF ALICE BROWN OF HER 4th AMENDMENT RIGHT TO BE SECURE IN HER PROPERTY AND PAPERS AND INFORMATION WHEN HE DEMANDED HER LICENSE, REGISTRATION, AND INSURANCE WITHOUT PROBABLE CAUSE, CONSENT, OR A COURT ORDER.

19-26   4. PLAINTIFF ALICE BROWN MADE AN AUDIO RECORDING OF THE UNLAWFUL DETENTION ON HER CELL PHONE FOR HER OWN PROTECTION. DEFENDANT MILLER IS HEARD ON THE RECORDING DEMANDING, "LICENSE, REGISTRATION, AND INSURANCE." PLAINTIFF RESPONDED, "WHAT'S THE PROBABLE CAUSE?" SHE THEN ADDS, "BELOW THE SPEED LIMIT?" MILLER RESPONDED, "YES." BROWN STATED, "I WAS DOING 25 MILES PER HOUR, THE SPEED LIMIT IS 30." MILLER RESPONDED, "YOU WERE STOPPED FOR SUSPICION OF DUI." "OKAY?" BROWN SAID, "I DON'T DRINK, I DON'T DO DRUGS."

//

# UNLAWFUL DETENTIONS

CASE LAWS

DETENTIONS ARE SEIZURES!

- PEOPLE v VERIN (1990) 220 Cal. App. 3d 551, 269 Cal. Rptr. 573     5/17/90

IT IS TRUE A TEMPORARY DETENTION CONSTITUTES A SEIZURE OF THE PERSON SUBJECT TO THE CONSTRAINTS OF THE 4th AMENDMENT

- TERRY v OHIO (1968) 392 U.S. 1, 6 (20 L. Ed 2d 889, 902-903, 88 S.Ct. 1868     6/10/68
- PEOPLE v BREMMER (1973) 30 Cal. App. 3d 1058 (Crim. No 21752)     3/7/73
- WILSON v SUPERIOR COURT (1983) 34 Cal. 3d 777

THE FOURTH AMENDMENT APPLIES TO ALL SEIZURES OF THE PERSON INCLUDING THOSE CONSUMING NO MORE THAN A MINUTE.

- UNITED STATES v BRIGNONI-PONCE, supra 422 U.S. at pp. 879-880 (45 L. Ed. 2d at pp. 615-616)
- PEOPLE v SPICER 157 Cal. App. 3d 213 (Crim. No. 45072)     6/15/84

COMPLAINT
PAGE 10 OF 16 [JDC TEMPLATE – Rev. 05/2017]

## Second Claim

(*Name the law or right violated:* 5th Amendment to the US Constitution)

(*Name the defendants who violated it:* Police Officer Ethan Miller)

1. Police Officer Ethan Miller did violate Plaintiff Alice Brown's 5th Amendment rights under 42 U.S.C. Section 1983 when he deprived her of her right to travel without due process of law.

2. Plaintiff Alice Brown was and is a citizen of the City of Crescent City and a citizen of the State of California and a citizen of the United States of America, who on January 1, 2018, attempted to exercise her right to travel at 3:36am pst.

3. The right to travel is a right to liberty. Plaintiff Alice Brown attempted to exercise her right to travel without government intrusion. Defendant Ethan Miller prevented her from exercising this right by conducting his unlawful detention.

COMPLAINT
PAGE 11 OF 16  [JDC TEMPLATE – 05/17]

## A RIGHT TO TRAVEL

IT COULD NOT BE STATED MORE CONCLUSIVELY THAT CITIZENS OF THE STATES HAVE A RIGHT TO TRAVEL, WITHOUT APPROVAL OR RESTRICTION, AND THAT THIS RIGHT IS PROTECTED UNDER THE UNITED STATES CONSTITUTION.

THE RIGHT OF THE CITIZEN TO TRAVEL UPON THE PUBLIC HIGHWAYS AND TO TRANSPORT HIS PROPERTY THEREON, EITHER BY CARRIAGE OR BY AUTOMOBILE, IS NOT A MERE PRIVILEGE WHICH A CITY MAY PROHIBIT OR PERMIT AT WILL, BUT A COMMON RIGHT WHICH HE HAS UNDER THE RIGHT TO LIFE, LIBERTY, AND THE PURSUIT OF HAPPINESS.
— THOMPSON v SMITH 154 SE 579

THE RIGHT TO TRAVEL IS A PART OF THE LIBERTY OF WHICH THE CITIZEN CANNOT BE DEPRIVED WITHOUT DUE PROCESS OF LAW UNDER THE FIFTH AMENDMENT.
— KENT v DULLES, 357 U.S. 116, 125

THE AMERICAN CITIZEN DOES INDEED HAVE THE INALIENABLE RIGHT TO USE THE ROADWAYS UNRESTRICTED IN ANY MANNER AS LONG AS THEY ARE NOT DAMAGING OR VIOLATING PROPERTY OR RIGHTS OF ANOTHER. THIS IS A FUNDAMENTAL RIGHT.

WHERE RIGHTS SECURED BY THE CONSTITUTION ARE INVOLVED, THERE CAN BE NO RULE MAKING OR LEGISLATION WHICH WOULD ABROGATE THEM.
— MIRANDA v ARIZONA 384 US 436, 491

THE CLAIM AND EXERCISE OF A CONSTITUTIONAL RIGHT CANNOT BE CONVERTED INTO A CRIME.
— MILLER v US. 230 F. 486, 489

COMPLAINT

PAGE 12 OF 16 [JDC TEMPLATE – Rev. 05/2017]

###### THIRD Claim

(Name the law or right violated: 14th AMENDMENT TO THE US CONSTITUTION)

(Name the defendants who violated it: POLICE OFFICER ETHAN MILLER)

1. POLICE OFFICER ETHAN MILLER DID VIOLATE PLAINTIFF ALICE BROWN'S 14th AMENDMENT RIGHTS UNDER 42 U.S.C. SECTION 1983 WHEN HE PREVENTED HER FROM EXERCISING HER RIGHT TO LIFE, LIBERTY, AND THE PURSUIT OF HAPPINESS WITHOUT DUE PROCESS OF LAW.

_____FOURTH_____ Claim

(Name the law or right violated: 4th, 5th, 14th Amendments to the US Constitution)
(Name the defendants who violated it: ALL DEFENDANTS )

1. THE CONDUCT OF POLICE OFFICER ETHAN MILLER, WHICH DEPRIVED PLAINTIFF ALICE BROWN OF HER RIGHTS UNDER THE 4th, 5th, AND 14th AMENDMENTS OF THE UNITED STATES CONSTITUTION, WAS THE RESULT OF A LONGSTANDING PRACTICE OR CUSTOM WHICH CONSTITUTES THE STANDARD OPERATING PROCEDURE OF DEL NORTE COUNTY. UNDER MONELL V DEPARTMENT OF SOCIAL SERVICES OF THE CITY OF NEW YORK 436 U.S. 658 (1978), PLAINTIFF IS ABLE TO HOLD MUNICIPALITY LIABLE FOR VIOLATIONS OF SAID RIGHTS THROUGH 42 U.S.C. SECTION 1983.

2. DEFENDANT ETHAN MILLER WAS ACTING PURSUANT TO HIS TRAINING, INSTRUCTION, AND DEPARTMENTAL POLICY WHEN HE UNLAWFULLY DETAINED PLAINTIFF ALICE BROWN WITHOUT A WARRANT, WITHOUT CONSENT, AND WITHOUT LEGAL JUSTIFICATION.

3. ALL DEFENDANTS ARE CULPABLE ALSO, IN THAT THEY HAD A DUTY TO ALL CITIZENS TO ENSURE THAT THEIR CONSTITUTIONAL RIGHTS ARE NOT VIOLATED BY ITS POLICE OFFICERS WHO HAVE ADOPTED UNLAWFUL DETENTION POLICIES FOR FINANCIAL GAIN.

COMPLAINT
PAGE 14 OF 16  [JDC TEMPLATE – 05/17]

-6-

| | |
|---|---|
| 1 | _____FIFTH_____ **Claim** |
| 2 | (Name the law or right violated: DEFAMATION OF CHARACTER ) |
| 3 | (Name the defendants who violated it: POLICE OFFICER ETHAN MILLER ) |

1. POLICE OFFICER ETHAN MILLER DID DEFAME PLAINTIFF ALICE BROWN'S CHARACTER UNDER THE DEFAMATION TORT CLAIM WHEN HE REPORTED TO DISPATCH AND COUNTY OF DEL NORTE SHERIFF DEPARTMENT THAT PLAINTIFF ALICE BROWN WAS BEING INVESTIGATED FOR SUSPECTED DUI. PLAINTIFF IS NOW AND FOREVER A TARGET OF ALL LAW ENFORCEMENT AGENCIES IN DEL NORTE COUNTY DUE TO THE UNLAWFUL DETENTION AND FALSE ALLEGATIONS OF MILLER.

2. PLAINTIFF ALICE BROWN DID FILE GOVERNMENT CLAIM FORMS FOR CITY, COUNTY, AND STATE. ALL THREE CLAIM FORMS AGAINST THE CITY, COUNTY, AND STATE WERE REJECTED IN JULY 2018.

**COMPLAINT**
PAGE 15 OF 16 [JDC TEMPLATE – 05/17]

## DEMAND FOR RELIEF

*[State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]*

1. DEFENDANT POLICE OFFICER ETHAN MILLER'S CONDUCT WAS MALICIOUS, WANTON, OPPRESSIVE, AND ACCOMPLISHED WITH A CONSCIOUS DISREGARD FOR THE RIGHTS AND REPUTATION OF PLAINTIFF ALICE BROWN, ENTITLING BROWN TO AN AWARD OF EXEMPLARY AND PUNITIVE DAMAGES.

2. PLAINTIFF SEEKS ACTUAL DAMAGES IN THE AMOUNT OF $62.34 FOR REIMBURSEMENT COSTS OF DASH CAM AND $5,000,000.00 (FIVE MILLION DOLLARS) IN PUNITIVE DAMAGES.

3. PLAINTIFF PRAYS THIS COURT ORDER DEFENDANTS CITY OF CRESCENT CITY TO INSTALL DASH BOARD CAMERAS IN ALL CITY POLICE VEHICLES TO PROTECT THE RIGHT TO TRAVEL WITHOUT GOVERNMENT INTRUSION AND FRAUD AND MISREPRESENTATIONS FROM IT'S POLICE FORCE.

## DEMAND FOR JURY TRIAL

*[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]*

☐ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 12/26/18    Sign Name: *Alice Brown*
                  Print Name: ALICE BROWN

COMPLAINT

PAGE 16 OF 16 *[JDC TEMPLATE – 05/17]*