UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE BROWN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF CRESCENT CITY, et al.,<br><br>　　　　Defendants. | Case No. 18-cv-07826-EMC<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL**<br><br>Docket No. 54 |

Alice Brown is a pro se plaintiff who filed a case against the State of California and numerous additional Defendants. *See* Docket No. 1. On January 28, 2020, she filed a motion requesting appointment of counsel. *See* Docket No. 54.

A district court has discretion under 28 U.S.C. §1915(e)(1) to designate counsel to represent an indigent civil litigant in exceptional circumstances. *See Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986). The Court concludes that exceptional circumstances are not present at this time. Ms. Brown's request for appointment of counsel to represent her in this action therefore is **DENIED**.

This order disposes of Docket No. 54.

**IT IS SO ORDERED**.

Dated: March 4, 2020

　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　United States District Judge